UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN P. MOORE,
    Plaintiff,

vs.                              Case No.: 3:20cv5469/LAC/EMT

ERIC ESMOND, et al.,
    Defendants.
                         /

## REPORT AND RECOMMENDATION

Plaintiff, a former inmate of the Okaloosa County Jail proceeding pro se, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff also filed a motion for leave to proceed in forma pauperis (IFP) (ECF No. 2). On May 22, 2020, the court granted Plaintiff's IFP motion and ordered him to pay an initial partial filing fee in the amount of $5.75 within thirty days (ECF No. 5). The court advised that failure to comply with the order could result in a recommendation that the case be dismissed (*id.*).

After more than thirty days passed and Plaintiff had not complied, the undersigned entered an order on July 6, 2020, directing Plaintiff to show cause within thirty days why the case should not be dismissed for failure to comply with

an order of the court (ECF No. 6).[1]  More than thirty days have passed, and Plaintiff has neither responded to the show cause order nor paid the initial partial filing fee.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 23rd day of September 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] On July 22, 2020, the Order to Show Cause (ECF No. 6), which was mailed to Plaintiff at the Okaloosa County Jail, was returned to the clerk of court as undeliverable due to Plaintiff's release. On August 11, 2020, the clerk of court forwarded a copy of the order to the release address for Plaintiff listed on the Okaloosa County Jail website: 420 Woodrow Street, Fort Walton Beach, Florida 32547.

Case No.: 3:20cv5469/LAC/EMT

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>   An objecting party must serve a copy of the objections on all other parties.   A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5469/LAC/EMT